UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Melissa Wisniewski
                    Plaintiff,

                                                                ORDER OF REFERENCE
                                                                TO A MAGISTRATE JUDGE

        -against-
                                                                08 Civ. 3463(BSJ) (THK)

Portfolio Recovery Associates, LLC
                    Defendant.
-------------------------------------------------------X

        The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

_X__   General Pretrial (includes scheduling,
        discovery, non-dispositive pretrial motions,          ____   Consent under 28 U.S.C. §636(c) for all
        and settlement)                                               purposes (including trial)


____   Specific Non-Dispositive Motion/Dispute:*              ____   Consent under 28 U.S.C.§636(c) for
                                                                      limited purpose (e.g., dispositive motion,
        _____                        preliminary injunction)

        _____                        Purpose:_____

        If referral is for discovery disputes when
        the District Judge is unavailable, the time            ____   Habeas Corpus
        period of the referral:_____

                                                               ____   Social Security
___   Settlement*

                                                               ____   Dispositive Motion (i.e., motion requiring
____   Inquest After Default/Damages Hearing                          a Report and Recommendation)

                                                                      Particular Motion:_____

                                                                      _____

                                                                      All such motions:  ____

_____

* Do not check if already referred for general pretrial.
SO ORDERED.
DATED: New York, New York
                                                        _____
                                                        United States District Judge

                                                                5/5/08