UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA WISNIEWSKI<br><br>      Plaintiff,<br>           v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>      Defendant. | Case No. 08-CV-03463-BSJ-THK |

**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC's
RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

      Defendant, Portfolio Recovery Associates, LLC, by and through its counsel, Thomas R. Dominczyk, Esq., hereby submits its Corporate Disclosure Statement and states as follows:

      Portfolio Recovery Associates, LLC, is a wholly owned subsidiary of Portfolio Recovery Services, Inc., a non-governmental entity. Portfolio Recovery Services, Inc. is a publicly traded company. No publicly held corporation owns ten percent (10%) or more of the stock of Portfolio Recovery Services, Inc.

                                        **MAURICE & NEEDLEMAN, P.C**.
                                        Attorneys for Defendant
                                        Portfolio Recovery Associates, LLC
                                        5 Walter E. Foran Blvd., Suite 2007
                                        Flemington, NJ 08822
                                        (908) 237-4550

                            By: **/s/ Thomas R. Dominczyk**
                                        Thomas R. Dominczyk, Esq.

Date: May 28, 2008

### CERTIFICATION OF FILING AND SERVICE

I certify that on May 28, 2008, the foregoing document was electronically filed via CM/ECF with the Clerk, United States District Court for the Southern District of New York. I further certify that I caused a copy of the foregoing to be served via regular mail on:

Amir J. Goldstein, Esq. (AG-2888)
591 Broadway, #3A
New York, New York 11012

By: **/s/ Thomas R. Dominczyk**
Thomas R. Dominczyk, Esq.

Date: May 28, 2008