**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MELISSA WISNIEWSKI<br><br>         Plaintiff,<br>                  v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>         Defendant. | Case No. 08-CV-03463-BSJ-THK |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct of the attached Offer of Judgment was served on this date via FEDEX overnight delivery service, addressed to the following:

AMIR GOLDSTEIN
591 BROADWAY, #3A
NEW YORK, NY 11012


                                                          /s/ *THOMAS R. DOMINCZYK*
                                                          _____
                                                          THOMAS R. DOMINCZYK

Dated:  June 25, 2008