

**AMIR J. GOLDSTEIN, ESQ.**
ATTORNEY AT LAW
591 Broadway, Suite 3A
New York, New York 10012
Tel: (212) 966-5253  Fax: (866) 288-9194

July 16, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/08

Via Facsimile Only : (212) 805- 7932
Honorable Magistrate Judge
Theodore Katz
United States Courthouse
500 Pearl street, Room 17D
New York, New York 10007

RE: *Wisniewski v. Portfolio Recovery Associates, LLC et al.*, SDNY 08 CV 3463

Dear Judge Katz:

As counsel for plaintiff herein, and in accordance with the Court Rules, I am writing to request an adjournment of the initial conference currently scheduled for tomorrow, July 17, 2008, at 10:00am.

The parties have been engaging in meaningful settlement discussions and have a proposed settlement in place that should be consummated within the couple of weeks, presumably, no later that July 31, 2007.

I respectfully request that the conference be adjourned to July 31, 2007 at anytime convenient to the Court, to ensure that the matter be finalized in a timely fashion. Should the parties settle prior to that date, the Court shall be notified and a Stipulation of Dismissal will be filed.

There has been no prior request for the relief requested herein.

The Court's consideration with this matter is greatly appreciated.

Very truly yours,

S/
Amir J. Goldstein
Attorney for Plaintiff

AJG/adr

cc: Thomas R. Dominczyk, Esq., Attorney for Defendant
Via Electronic Mail

*[Handwritten: The conference is adjourned. If the case is not settled, the pretrial conference will take place on August 6, 2008 at 2:00 P.M.]*

SO ORDERED

7/16/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE