

**MAURICE & NEEDLEMAN**

Attorneys at Law
5 Walter E. Foran Blvd.
Suite 2007
Flemington, NJ 08822
tel. 908.237.4550
fax 908.237.4551

www.mnlawpc.com

Donald S. Maurice
Member NJ Bar
Board Certified
Creditors' Rights Law
American Board of Certification

Joann Needleman
Member PA & NJ Bar

Thomas R. Dominczyk
Member NJ, NY & PA Bar

Charlene A. Taylor
Member PA Bar

Pennsylvania Office
MAURICE & NEEDLEMAN, P.C.
Suite 935, One Penn Center
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103
tel. 215.665.1133
fax 215.563.8970

# MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
RECEIVED 8/4/08

AUG - 1 2008
CHAMBERS OF
THEODORE H. KATZ
US MAGISTRATE JUDGE

**Thomas R. Dominczyk**
trd@mnlawpc.com

August 1, 2008

**SENT VIA FAX ONLY**
**(212) 805-7932**
Honorable Theodore H. Katz
United States Magistrate Judge
U.S. Courthouse
500 Pearl Street, Room 17D
New York, New York 10007

Re: Melissa Wisniewski v. Portfolio Recovery Associates, LLC
    Case No. 08-cv-03463-BSJ-THK

Dear Judge Katz:

As counsel for the Defendant herein and pursuant to Court Rules, I am writing to request that the court cancel the initial conference currently scheduled for Wednesday, August 6, 2008 at 2:00 pm.

The conference was previously rescheduled to this date at the parties' request as they were engaged in meaningful settlement discussions. I am happy to report that the parties have reached a settlement agreement. Plaintiff has complied with her obligations under the settlement agreement and I am awaiting documents from my client which are to be delivered to me on Monday. Once everything has been exchanged between counsel we will be filing a stipulation of dismissal with prejudice and I am hopeful that this will take place sometime next week.

If the court is not inclined to cancel the initial conference then I would respectfully request a two week adjournment to give us sufficient time to complete our obligations under the settlement agreement and file the stipulation of dismissal.

I have discussed this matter with counsel for the Plaintiff and he joins in my request for the cancellation or two week adjournment of the conference.

Thank you for your consideration in this matter.

Respectfully submitted,

MAURICE & NEEDLEMAN, P.C.

Thomas R. Dominczyk
For the Firm
TRD/
Cc: Amir J. Goldstein, Esq. (via e-mail only)

*The August 6th Conference is adjourned. A copy of the Stipulation of Dismissal should be submitted to this Court.*

*So ordered*
*Theodore H. Katz*
*USMJ*
*8/1/08*