UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA WISNIEWSKI<br><br>    Plaintiff,<br>        v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | Case No. 08-CV-03463-BSJ-THK |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by Plaintiff and Defendant, pursuant to Fed.R.Civ.P. 41, that the within matter is dismissed with prejudice and without costs.

Maurice & Needleman, P.C.
Attorneys for Defendant
Portfolio Recovery Associates, LLC

_____
Thomas R. Dominczyk, Esq. (TD-7835)
5 Walter E. Foran Blvd., Ste 2007
Flemington, NJ 08822
(908) 237-4550
Dated: 8/8/08

Amir J. Goldstein, Esq.
Attorney for Plaintiff
Melissa Wisniewski

_____
Amir J. Goldstein, Esq. (AG-2888)
591 Broadway, #3A
New York, New York 11012
(212) 966-5253
Dated: 8/19/08


THIS STIPULATION IS "SO ORDERED"
THIS _____ DAY OF _____, 2008


_____
HONORABLE